UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN CUNNINGHAM,<br><br>                        Plaintiff,<br><br>   -against-<br><br>SILVERSTEIN PROPERTIES-INC., et al.,<br><br>                      Defendants. | 24-CV-2304 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the July 8, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 8, 2024
          New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge